18-4234

SECT. J MAG. 5

# EXHIBIT A

Given to us @
4/9/2016

mandatory
staff meeting

**MedCentris®**

<u>Common Audit Findings</u>

- ✱ Lack of medical necessity to support the CPT code ✗ —
- Non specific ICD-10 codes
- ICD-10 code vs. Assessment
- ICD-10 codes don't match procedure (Bone debridement when ICD10 code mentions no presence of bone)
- No mention of contributing factors and/or attempted management ✗
- No change in POC when wound is stalled or worsening

most expensive
Highest
WVUs,

I am not aware of what MedCentris
did to address above "Common Audit
Findings. Personally, I did the following.

1) Sent email regarding surgical
debridements + my concerns

2) Talked to Ammy about the
medical necessity of (four) E+M
visits weekly or w/ TAGpts.

3) During April 9th meeting, Chris Keaton
stated out loud that when
company went to WVUs ——
surgical debridement billings
increased significantly.

4) I have never been approached
about coding errors
I KNOW I have ignorantly
been making up until broansba
ago.



*granulation tissue is healthy tissue.*

*We are Not supposed to debride granulation tissue.*

**Wound Description**

| | | Exposed Structure | |
|---|---|---|---|
| Wound Encounter: | Subsequent | | |
| Wound Progress: | Improving | Tendon Exposed: | N/A |
| Thickness: | N/A | Exposed Tendon Necrosis: | N/A |
| Exudate Amount: | Small | Muscle Exposed: | N/A |
| Exudate Type: | Fresh blood | Exposed Muscle Necrosis: | N/A |
| Odor: | None | Joint Exposed: | N/A |
| Pain: | | Exposed Joint Necrosis: | N/A |
| Wound Margin: | | Bone Exposed: | N/A |
| Less than 20% slough/fibrin? | No | Exposed Bone Necrosis: | N/A |
| | | Adipose Exposed: | N/A |
| | | Exposed Adipose Necrosis: | N/A |
| | Percentage | | |
| Slough: | None | | |
| Eschar: | | | |
| Epithelialization: | | | |
| Granulation: | 76-100% | | |
| Pale Grey: | | | |
| Bright Red: | Yes | | |
| Pink: | | | |

CONFIDENTIAL - DO NOT DISTRIBUTE

I reference this repeatedly in following case samples of medically <u>UN</u> Necessary surgical debridements



**Ⓜ MedCentris®**

### Physician Procedures

| CPT4 Code | Description | Modifier | Quantity |
|---|---|---|---|
| 11042 | Debridement; sub-Q tissue (includes epidermis and dermis, if performed), first 20 sqcm or less | | 1 |

*ICD-10 Diagnosis Description*

| | |
|---|---|
| I87.333 | Chronic venous hypertension (idiopathic) with ulcer and inflammation of bilateral lower extremity |
| E11.621 | Type 2 diabetes mellitus with foot ulcer |
| L97.212 | Non-pressure chronic ulcer of right calf with fat layer exposed |
| L97.222 | Non-pressure chronic ulcer of left calf with fat layer exposed |

| CPT4 Code | Description | Modifier | Quantity |
|---|---|---|---|
| 11045 | Excisional Debridement, Subcutaneous tissue (includes epidermis and dermis, if performed); each additional 20 sqcm, or part thereof | | 35 |

*ICD-10 Diagnosis Description*

| | |
|---|---|
| L97.422 | Non-pressure chronic ulcer of left heel and midfoot with fat layer exposed |
| L97.912 | Non-pressure chronic ulcer of unspecified part of right lower leg with fat layer exposed |

CONFIDENTIAL - DO NOT DISTRIBUTE

48



**MedCentris®**

| | | | |
|---|---|---|---|
| | visible, attached, even with wound base | clearly visible | clearly visible |
| **Necrotic Tissue Amount:** | None Visible | None Visible | < 25% of wound bed covered |
| **Necrotic Tissue Type:** | None visible | None visible | Loosely adherent yellow slough |
| **Skin Color Surrounding Wound:** | Black or hyperpigmented | White or grey pallor or hypopigmented | White or grey pallor or hypopigmented |
| **Peripheral Tissue Edema:** | Crepitus and/or pitting edema extends ≥ 4 cm around wound | Crepitus and/or pitting edema extends ≥ 4 cm around wound | Crepitus and/or pitting edema extends ≥ 4 cm around wound |
| **Peripheral Tissue Induration:** | None present | None present | None present |
| **Slough:** | None | None | None |
| **Epithelialization:** | 25% to < 50% wound covered | 75% to < 100% wound covered &/or epithelial tissue extends >0.5 cm into wound bed | 75% to < 100% wound covered &/or epithelial tissue extends >0.5 cm into wound bed |
| **Granulation Tissue Type:** | Pink, &/or dull, dusky red &/or fills ≤ 25% of wound | Skin intact or partial thickness wound | Bright, beefy red; < 75% & > 25% of wound filled |
| **Response Comments:** | | | |
| **Periwound Texture:** | Edema | Normal For Patient | Edema |
| **Periwound Moisture:** | Moist | Moist | Maceration, Moist |

CONFIDENTIAL – DO NOT DISTRIBUTE

50









**Wound #10**
Wound #10 (Venous Ulcer) is located on the right lower leg around entire lower leg/ankle area. There was an Excisional/Surgical debridement performed by ----with the following instrument(s): curette and ultrasound probe tip to remove dermis, epidermis, muscle, and subcutaneous along with devitalized tissue: biofilm, exudate, and slough. Pain control was achieved using 4% Lidocaine Topical. A time out was conducted prior to the start of the procedure. A minimal amount of bleeding was controlled with pressure. The procedure was tolerated well with a pain level of 5 throughout and a pain level of 3 following the procedure. Skin/Subcutaneous Tissue/Muscle were removed with a total area debrided of 375 sq cm. Post Debridement Measurements: 15cm length x 25cm width x 0.3cm depth; with an area of 375 sq cm and a volume of 112.5 cubic cm.

**Wound #15**
Wound #15 (Venous Ulcer) is located on the left lower leg. There was an Excisional/Surgical debridement performed by -------- with the following instrument(s): curette and ultrasound probe tip to remove dermis, epidermis, muscle, and subcutaneous along with devitalized tissue: biofilm, exudate, and slough. Pain control was achieved using 4% Lidocaine Topical. A time out was conducted prior to the start of the procedure. A minimal amount of bleeding was controlled with pressure. The procedure was tolerated well with a pain level of 5 throughout and a pain level of 3 following the procedure. Skin/Subcutaneous Tissue/Muscle were removed with a total area debrided of 212.5 sq cm. Post Debridement Measurements: 12.5cm length x 17cm width x 0.3cm depth; with an area of 212.5 sq cm and a volume of 63.75 cubic cm.

CONFIDENTIAL - DO NOT DISTRIBUTE

52



**MedCentris®**

## Superbill

### Physician Procedures

| CPT4 Code | Description | Modifier | Quantity |
|---|---|---|---|
| 11043 | Debridement, muscle and/or fascia (includes epidermis, dermis, & sub Q, if performed), 1st 20 sqcm or less | | 1 |

| *ICD-10 Diagnosis* | *Description* |
|---|---|
| L97.213 | Non-pressure chronic ulcer of right calf with necrosis of muscle |
| L97.223 | Non-pressure chronic ulcer of left calf with necrosis of muscle |
| L97.323 | Non-pressure chronic ulcer of left ankle with necrosis of muscle |
| L97.313 | Non-pressure chronic ulcer of right ankle with necrosis of muscle |

| CPT4 Code | Description | Modifier | Quantity |
|---|---|---|---|
| 11046 | Excisional Debridement, Muscle and/or fascia (includes epidermis, dermis, & subcutaneous tissue if performed); each additional 20 sqcm, or part thereof | | 29 |

CONFIDENTIAL - DO NOT DISTRIBUTE

53



# Internal Chart Audits

**MedCentris®**



**Summary of Findings:**

- There are no post-procedure pictures to show the extent of the debridement.
- There is no evidence of necrotic muscle present in the wound beds.
  - o No necrotic muscle noted in the photographs.
  - o The wound descriptions denies presence of necrotic muscle.
  - o The progress note doesn't mention necrotic muscle present
  - o The procedure note doesn't mention the removing of necrotic muscle.
- Documentation in the progress note and the wound description both describe the wound beds as having 76-100% slough present.
- Please note that ICD-10 codes should show the absence of necrotic muscle according to assessment, progress note and procedure note

CONFIDENTIAL - DO NOT DISTRIBUTE                                    54

This is what I reference throughout every single case example of medically UN necessary surgical debridements. MedCentris knew about the unnecessary surgical debridements in April 2016 & did nothing about them.



**Audit Recommendations:**

- The level of debridement should be decreased to Subcutaneous because of lack of documentation to support presence of necrotic muscle.

- A reduction in total # of units should be considered as there is no post-procedure photographs to show the extent of the debridement performed. Each week the wound appearance is unchanged from the previous week and it is inconclusive that the procedures are effective. **(See LCD for continuation of non-effective procedures and POC)**

CONFIDENTIAL - DO NOT DISTRIBUTE

55





**(MedCentris®**

**Integumentary (Hair, Skin)**
Wound #7 Left, Anterior BKA is a Full Thickness Surgical Wound and has received a status of Not Healed. Initial wound encounter measurements are 3.84cm length x 7.86cm width x 2.5cm depth, with an area of 30.182 sq cm and a volume of 75.456 cubic cm. Muscle is exposed. No tunneling has been noted. No sinus tract has been noted. No undermining has been noted. There is a moderate amount of sero-sanguineous drainage noted which has no odor. The patient reports a wound pain of level 0. The wound margin is undefined. Wound bed is 1-25% slough, 51-75% bright red granulation.
The periwound skin texture is normal. The periwound skin moisture is normal. The periwound skin color is normal. Local Pulse is Normal.

### Wound Description



| Wound Encounter: | Initial | | Exposed Structure | |
|---|---|---|---|---|
| Wound Progress: | Initial Exam | | Tendon Exposed: | No |
| Thickness: | Full Thickness | | Exposed Tendon Necrosis: | No |
| Exudate Amount: | Moderate | | Muscle Exposed: | Yes |
| Exudate Type: | Sero-sanguineous | | Exposed Muscle Necrosis: | No |
| Odor: | None | | Joint Exposed: | No |
| Pain: | 0 | | Exposed Joint Necrosis: | No |
| Wound Margin: | Undefined | | Bone Exposed: | No |
| Less than 20% slough/fibrin? | No | | Exposed Bone Necrosis: | No |
| | | | Suspected Osteomyelitis: | |
| Slough: | Percentage | | Adipose Exposed: | No |
| Eschar: | 1-25% | | Exposed Adipose Necrosis: | No |
| Epithelialization: | | | | |
| Granulation: | 51-75% | | | |
| Granulation Texture: | | | | |
| Pale Grey: | | | | |
| Bright Red: | Yes | | | |
| Pink: | | | | |

CONFIDENTIAL - DO NOT DISTRIBUTE

58



**Wound #7**
Wound #7 (Surgical Wound) is located on the left, anterior bka. There was an Excisional/Surgical debridement performed by --------------with the following Instrument(s): curette to remove bone, dermis, epidermis, muscle, and subcutaneous along with devitalized tissue: biofilm and slough. Pain control was achieved using 4% Lidocaine Topical. A time out was conducted prior to the start of the procedure. A minimal amount of bleeding was controlled with pressure. The procedure was tolerated well with a pain level of 0 throughout and a pain level of 0 following the procedure. Skin/Subcutaneous Tissue/Muscle/Bone were removed with a total area debrided of 30.417 sq cm. Post Debridement Measurements: 3.86cm length x 7.88cm width x 2.6cm depth; with an area of 30.417 sq cm and a volume of 79.084 cubic cm.

- o  No necrotic muscle or bone noted in the photographs.
- o  The wound descriptions denies presence of necrotic muscle or bone.
- o  The progress note doesn't mention necrotic muscle or bone.
- o  The procedure note doesn't mention the removal of necrotic muscle or bone.

CONFIDENTIAL - DO NOT DISTRIBUTE

59



**(MedCentris®)**

**Wound Description**

| | | | |
|---|---|---|---|
| Wound Encounter: | Sequela | **Exposed Structure** | |
| Wound Progress: | Improving | Tendon Exposed: | No |
| Thickness: | Full Thickness | Exposed Tendon Necrosis: | No |
| Exudate Amount: | Small (drainage involves ≤ 25% of dressing) | Muscle Exposed: | Yes |
| | | Exposed Muscle Necrosis: | Yes |
| Exudate Type: | Serosanguineous (thin, water pale red to pink) | Joint Exposed: | No |
| | | Exposed Joint Necrosis: | No |
| Odor: | None | Bone Exposed: | No |
| Pain: | 8 | Exposed Bone Necrosis: | No |
| Edges: | Distinct, outline clearly visible, attached, even with wound base | Adipose Exposed: | Yes |
| | | Exposed Adipose Necrosis: | Yes |
| Necrotic Tissue Amount: | 26-50% of wound bed covered | | |
| Necrotic Tissue Type: | Loosely adherent yellow slough | | |
| Skin Color Surrounding Wound: | Pink or normal for ethnic group | | |
| Peripheral Tissue Edema: | No swelling or edema | | |
| Peripheral Tissue Induration: | None present | | |
| | **Percentage** | | |
| Slough: | 26-50% | | |
| Epithelialization: | < 25% wound covered | | |
| Granulation Tissue Type: | Pink, &/or dull, dusky red &/or fills ≤ 25% of wound | | |

**Integumentary (Hair, Skin)**

Wound #1 Abdomen - midline is a Full Thickness Non-Healing Surgical Wound and has received a status of Not Healed. Sequela wound encounter measurements are 6.67cm length x 4.11cm width x 3.3cm depth, with a depth description of full thickness skin loss involving damage or necrosis of subcutaneous tissue) may extend down to but not through underlying fascia; and/or mixed partial and full thickness and/or tissue layers obscured by granulation tissue, with an area of 27.414 sq cm and a volume of 90.465 cubic cm. Wound edges are distinct, outline clearly visible, attached, even with wound base. Necrotic muscle and necrotic adipose are exposed. No tunneling has been noted. No sinus tract has been noted. No undermining has been noted. Wound bed has necrotic tissue of loosely adherent yellow slough present with 26-50% of wound bed covered; granulation tissue of pink, &/or dull, dusky red &/or fills ≤ 25% of wound; epithelialization of < 25% wound covered. The patient reports a wound pain of level 8. Wound bed is 26-50% slough. The skin color surrounding the wound is pink or normal for ethnic group. There is peripheral tissue edema with no swelling or edema, and no induration of none present. The wound is improving.

The periwound skin texture is normal. The periwound skin moisture is normal. The periwound skin color is normal. The temperature of the periwound skin is WNL. Periwound skin presents with s/s of infection. Confirmation Description & Treatment Plan is: Signs & Symptoms Present, Confirmed Local, Systemic Antibiotics Prescribed.

60



**MedCentris®**

## Diagnosis Coding

### ICD-10 Codes

| Code | Description |
|------|-------------|
| T81.32XD | Disruption of internal operation (surgical) wound, not elsewhere classified, subsequent encounter |
| S31.105D | Unspecified open wound of abdominal wall, periumbilic region without penetration into peritoneal cavity, subsequent encounter |
| E11.628 | Type 2 diabetes mellitus with other skin complications |
| E11.51 | Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene |
| M48.06 | Spinal stenosis, lumbar region |

### Facility Procedures

| CPT4 Code | Description | Modifier | Quantity |
|-----------|-------------|----------|----------|
| 11043 | Debridement, muscle and/or fascia (includes epidermis, dermis, & sub Q, if performed), 1st 20 sqcm or less | | 1 |

| ICD-10 Diagnosis | Description |
|------------------|-------------|
| T81.32XD | Disruption of internal operation (surgical) wound, not elsewhere classified, subsequent encounter |
| S31.105D | Unspecified open wound of abdominal wall, periumbilic region without penetration into peritoneal cavity, subsequent encounter |

| CPT4 Code | Description | Modifier | Quantity |
|-----------|-------------|----------|----------|
| 11046 | Excisional Debridement, Muscle and/or fascia (includes epidermis, dermis, & subcutaneous tissue if performed); each additional 20 sqcm, or part thereof | | 1 |

| ICD-10 Diagnosis | Description |
|------------------|-------------|
| T81.32XD | Disruption of internal operation (surgical) wound, not elsewhere classified, subsequent encounter |
| S31.105D | Unspecified open wound of abdominal wall, periumbilic region without penetration into peritoneal cavity, subsequent encounter |

| CPT4 Code | Description | Modifier | Quantity |
|-----------|-------------|----------|----------|
| 97605 | Negative pressure wound tx, 50 sq cm or less | | 1 |

| ICD-10 Diagnosis | Description |
|------------------|-------------|
| T81.32XD | Disruption of internal operation (surgical) wound, not elsewhere classified, subsequent encounter |
| S31.105D | Unspecified open wound of abdominal wall, periumbilic region without penetration into peritoneal cavity, subsequent encounter |

CONFIDENTIAL - DO NOT DISTRIBUTE

61

Proctor0000017





**MedCentris®**

**Medical Necessity**

"Services or supplies that are needed for the diagnosis or treatment of a medical condition and meet accepted standards of medical practice."

Based on decision by health plan that treatment, test, procedure is reasonable and necessary

CMS / LCD

CONFIDENTIAL : DO NOT DISTRIBUTE                    63

 **MedCentris**®                Comprehensive Plan of Care

### Diagnoses

ICD-10
S21.001A: Unspecified open wound of right breast, initial encounter
T81.89XA: Other complications of procedures, not elsewhere classified,
initial encounter

1. Open wound of the right breast, complicated
2. Compromised Surgical Flap- right breast

### Plan

1. Wound cleansed with removal of retained alginate fragments
2. Wound packed with 1/4" gauze strip saturated with Silvasorb gel, covered with foam

Patient to return here tomorrow as

CONFIDENTIAL - DO NOT DISTRIBUTE                    64



**MedCentris®**

## Provider responsibility

- Determining level
- Documenting service
- Reporting tissue removed
- Reporting surface area debrided

CONFIDENTIAL - DO NOT DISTRIBUTE    65

**MedCentris®**

The deepest level of tissue removed from a uniquely identifiable wound determines the correct code. Do not report 11043 when muscle and tendon are visible, but were not actually surgically debrided. Nor should you report 11044 when bone is visible, but not documented as being part of the surgical debridement procedure.



CONFIDENTIAL - DO NOT DISTRIBUTE

66



Medicare will cover up to five surgical debridements, CPT 11043 and/or 11044, per patient, per year

*The Navitas LCD imposes utilization guideline limitations stating that "Despite Medicare's allowing up to these maximums, each patient's condition and response to treatment must medically warrant the number of services reported for payment".*

"Local Coverage Determination (LCD): Wound Care (L35125) for Navitas Solutions, p. 7; effective 10/1/2015"

CONFIDENTIAL - DO NOT DISTRIBUTE

67

**MedCentris**®

Removal of non-tissue integrated fibrin exudates, crusts, biofilms or other materials from a wound without the removal of tissue, does NOT meet the definition of any debridement code and may not be reported as such.

*"Local Coverage Determination (LCD): Wound Care (L35125) for Novitas Solutions, p. 7; effective 10/1/2015"*

CONFIDENTIAL - DO NOT DISTRIBUTE                                    68

This is SO

important. !!

They are doing selective
debridements and
up coding them to
        Surgical debridements.



- Debridement of the wound(s), if indicated, must be performed judiciously and at appropriate intervals.

- Medicare expects that with appropriate care, wound volume or surface dimension should <u>decrease by at least 10% per month</u> or wounds will demonstrate <u>granulation tissue advancement of no less than 1mm per week.</u>

- Payment for prolonged repetitive debridement services requires adequate documentation of complicating circumstances that reasonably necessitated additional services..

*"Local Coverage Determination (LCD): Wound Care (L35125) for Novitas Solutions, p. 7; effective 10/1/2015"*

CONFIDENTIAL – DO NOT DISTRIBUTE                    69

