# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA and**
**MEDICAL ASSISTANCE PROGRAMS**
*Ex Rel.* **BRENDA PROCTOR**

**VERSUS**

**WOUND CARE MANAGEMENT, LLC**
**d.b.a. MEDCENTRIS, et al.**

**CIVIL ACTION NO. 2:18-cv-4234**

**JUDGE: CARL J. BARBIER**

**MAGISTRATE JUDGE: EVA J.**
**DOSSIER**

## MEDCENTRIS DEFENDANTS' MOTION TO DISMISS
## RELATOR'S FIRST AMENDED COMPLAINT

Defendants Wound Care Management, LLC d/b/a MedCentris, Wound Care Associates, L.L.C., and MedCentris Specialty Group (the "MedCentris Defendants") respectfully submit this motion under Federal Rules of Civil Procedure 9(b) and 12(b)(6) to dismiss Realtor Brenda Proctor's First Amended Complaint (the "FAC" or "Complaint") (Doc. 9).[1] The grounds for this motion are more particularly set forth in the accompanying memorandum.

WHEREFORE, for the foregoing reasons and those set forth in detail in the accompanying memorandum, the MedCentris Defendants request that this Court dismiss Relator's First Amended Complaint.

Dated: June 4, 2025

Respectfully submitted,

*[Signature block on the following page]*

---

[1] In a separate motion filed today, MedCentris Defendants challenge the constitutionality of this qui tam action in their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) filed jointly with Defendants Post Acute Medical, LLC, Post Acute Specialty Hospital of Lafayette, LLC, PAM II of Covington, LLC, and Post Acute Medical at Hammond, LLC, Professional Rehabilitation Hospital, L.L.C. f/k/a Promise Hospital of Miss Lou d/b/a Riverbridge Specialty Hospital, LHC Group, Inc. and LHCG XII, LLC d/b/a Louisiana Extended Care Hospital of Lafayette.

*/s/ Michael W. Magner*

JONES WALKER LLP
Michael W. Magner (#1206)
Brett S. Venn (#32954)
L. Davis Williams (#40996)
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170
Tel: (504) 582-8316
Fax: (504) 589-8316
Email: mmagner@joneswalker.com
bvenn@joneswalker.com
dwilliams@joneswalker.com

*Attorneys for Defendants Wound Care*
*Management, LLC d/b/a MedCentris, Wound Care*
*Associates, L.L.C., and MedCentris Specialty Group*