## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA and MEDICAL ASSISTANCE PROGRAMS** *Ex Rel.* **BRENDA PROCTOR** | **CIVIL ACTION NO. 2:18-cv-4234** |
| **VERSUS** | **JUDGE: CARL J. BARBIER** |
| **WOUND CARE MANAGEMENT, LLC d.b.a. MEDCENTRIS, et al.** | **MAGISTRATE JUDGE: EVA J. DOSSIER** |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Dismiss Relator's First Amended Complaint filed by Defendants Wound Care Management, LLC d/b/a MedCentris, Wound Care Associates, L.L.C., and MedCentris Specialty Group (the "MedCentris Defendants") will be submitted for consideration to the Honorable Carl J. Barbier, Judge of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on June 25, 2025 at 9:30 a.m.

Dated: June 4, 2025

Respectfully submitted,

*/s/ Michael W. Magner*_____
JONES WALKER LLP
Michael W. Magner (#1206)
Brett S. Venn (#32954)
L. Davis Williams (#40996)
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170
Tel: (504) 582-8316
Fax: (504) 589-8316
Email: mmagner@joneswalker.com
bvenn@joneswalker.com
dwilliams@joneswalker.com

*Attorneys for Defendants Wound Care Management, LLC d/b/a MedCentris, Wound Care Associates, L.L.C., and MedCentris Specialty Group*

36

#103986606v3